

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00694-CR

Waymon **EZELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR10974
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 5, 2013.

_____
Luz Elena D. Chapa, Justice